SCANNED

JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC # 346

CHEVRON CORPORATION,

                     Plaintiff,        11 CIV 3718 (LAK)

-against-

MARIA AGUINDA SALAZAR, et al,

                     Defendants,      **MOTION TO ADMIT COUNSEL**

-and-

                                             **PRO HAC VICE**

STEVEN DONZIGER, THE LAW OFFICES
OF STEVEN R. DONZIGER, ET AL,

                     Intervenors.

**MEMO ENDORSED**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, **TYLER DOYLE**, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | JOHN TIMOTHY BYRD |
| Firm Name: | SMYSER KAPLAN & VESELKA, L.L.P. |
| Address: | 700 Louisiana Street, Suite 2300 |
| City/State/Zip: | Houston, Texas 77002 |
| Telephone/Fax: | Telephone: (713) 221-2319<br>Facsimile: (713) 221-2320 |

John Timothy Byrd is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against John Timothy Byrd in any State or Federal Court. A proposed order is annexed hereto.

DATED:    September 13, 2011
               Houston, Texas

Respectfully submitted,

By: _____
Tyler Doyle
SDNY Bar No. 4372637

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
9/21/11

315539.1