SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

CHEVRON CORPORATION,

    Plaintiff,

vs.

MARIA AGUINDA SALAZAR, et. al

    Defendants

STEVEN DONZIGER, et al.,

    Intervenors.

-----------------------------------

**MEMO ENDORSED**

DOC # 348

CASE NO. 1:11-cv-3718-LAK

## NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

**PLEASE TAKE NOTICE** that, upon the declaration submitted herewith, Plaintiff Chevron Corporation, by its undersigned attorney, will move this Court, in the Courtroom of the Honorable Lewis A. Kaplan, United States District Judge, United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York, at a time and date to be determined by this Court, for an Order admitting Robert C. Blume, Oscar Garza and Peter E. Seley, *pro hac vice* pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York. A proposed order is annexed hereto.

*[handwritten: valigned]*

9/21/11

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

Dated: New York, New York
September 14, 2011

                    Respectfully submitted,

                    GIBSON, DUNN & CRUTCHER LLP

By: _____
        Randy M. Mastro

        200 Park Avenue
        New York, New York  10166-0193
        Telephone:  (212) 351-4000

*Attorneys for Plaintiff Chevron Corporation*