UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

CHEVRON CORPORATION
                     Plaintiff,

      -against-

MARIA AGUINDA SALAZAR, et al.  Defendant.
--------------------------------------------------------

Case No. 11-CV-3718 (LAK)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Carlos A. Zelaya, II**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,
[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: F. Gerald Maples, P.A.
                FIRM ADDRESS: 365 Canal Street, Ste. 2650, New Orleans, LA 70130
                FIRM TELEPHONE NUMBER: 504-569-8732
                FIRM FAX NUMBER: 504-525-6932

NEW FIRM:    FIRM NAME: Mumphrey Law Firm, L.L.C.
                FIRM ADDRESS: 330 Oak Harbor Blvd., Ste. D, Slidell, LA 70458
                FIRM TELEPHONE NUMBER: 985-649-0709
                FIRM FAX NUMBER: 985-649-5706

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: November 30, 2011

                                                   ATTORNEY'S SIGNATURE