UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>MARIA AGUINDA SALAZAR, et al.,<br><br>Defendants,<br><br>-and-<br><br>STEVEN DONZIGER, et al.,<br><br>Intervenors. | CASE NO. 11-CV-3718 (LAK) |

## MOTION TO WITHDRAW AS ATTORNEY

Carlos A. Zelaya, II is no longer affiliated with F. Gerald Maples, P.A., and therefore moves to withdraw his appearance as counsel for Javier Piaguaje Payaguaje and Hugo Gerardo Camacho Naranjo in the above-captioned action. Messrs. Piaguaje Payaguaje and Camacho Naranjo continue to be represented by Gomez LLC, Smyser, Kaplan &Veselka, and F. Gerald Maples, P.A., and this Notice is being served on the parties through those counsel. This proceeding is presently stayed.

Dated: December 6, 2011

Respectfully submitted,

Carlos A. Zelaya, II
czelaya@mumphreylaw.com
Mumphrey Law Firm, L.L.C.
330 Oak Harbor Blvd., Ste. "D"
Slidell, LA  70458
Telephone: (985) 649-0709
Facsimile: (985) 649-5706

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6TH day of December, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing documents and the notice of electronic filing by first class mail to those who are non-CM/ECF participants.

_____
Carlos A. Zelaya, II