UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>MARIA AGUINDA SALAZAR, et al.,<br><br>Defendants,<br><br>-and-<br><br>STEVEN DONZIGER, et al.,<br><br>Intervenors. | CASE NO. 11-CV-3718 (LAK) |

### AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY

BEFORE ME, the undersigned notary public, personally came and appeared Carlos A. Zelaya, II who, upon being duly sworn, declared as follows:

1. I am an attorney at law who was admitted to practice *pro hac vice* in the above-captioned matter to represent defendants Javier Piaguaje Payaguaje and Hugo Gerardo Camacho Naranjo.

2. I represented Messrs. Piaguaje Payaguaje and Camacho Naranjo in connection with my association with F. Gerald Maples, P.A. I am no longer associated with that firm and therefore desire to withdraw my appearance as counsel of record for Messrs. Piaguaje Payaguaje and Camacho Naranjo.

3. Messrs. Piaguaje Payaguaje and Camacho Naranjo continue to be represented by Gomez LLC, Smyser, Kaplan &Veselka, and F. Gerald Maples, P.A., and this Notice is being served on the parties through those counsel.

4. I am not asserting a retaining or charging lien.

5. This proceeding is presently stayed.

                                                            Carlos A. Zelaya, II

SWORN TO AND SUBSCRIBED this 6th day of December, 2011 at New Orleans, Louisiana.

_____
Notary Public

ANTHONY M. BOACKLE
Notary Public
State of Louisiana
NOTARY ID NO. 81006
St. Bernard Parish