UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| | |
|---|---|
| CHEVRON CORPORATION, Plaintiff, -against- MARIA AGUINDA SALAZAR, et al., Defendants, -and- STEVEN DONZIGER, et al., Intervenors. | CASE NO. 11-CV-3718 (LAK) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 12/7/11

## MOTION TO WITHDRAW AS ATTORNEY

Carlos A. Zelaya, II is no longer affiliated with F. Gerald Maples, P.A., and therefore moves to withdraw his appearance as counsel for Javier Piaguaje Payaguaje and Hugo Gerardo Camacho Naranjo in the above-captioned action. Messrs. Piaguaje Payaguaje and Camacho Naranjo continue to be represented by Gomez LLC, Smyser, Kaplan &Veselka, and F. Gerald Maples, P.A., and this Notice is being served on the parties through those counsel. This proceeding is presently stayed.

Dated: December 6, 2011

Respectfully submitted,

_____
Carlos A. Zelaya, II
czelaya@mumphreylaw.com
Mumphrey Law Firm, L.L.C.
330 Oak Harbor Blvd., Ste. "D"
Slidell, LA 70458
Telephone: (985) 649-0709
Facsimile: (985) 649-5706

**SO ORDERED**

_____
LEWIS A. KAPLAN, USDJ
12/6/11