UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Chevron Corporation               Plaintiff,          Case No. 11-cv-3718

    -against-

Maria Aguinda Salazar, et al.     Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Joshua J. Voss**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is  306853 (Pa.)

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Conrad O'Brien PC
             FIRM ADDRESS: 1515 Market Street, 16th Floor, Phila., PA 19102
             FIRM TELEPHONE NUMBER: 215-864-9600
             FIRM FAX NUMBER: 215-864-9620

NEW FIRM:    FIRM NAME: Conrad O'Brien PC
             FIRM ADDRESS: 1500 Market St.,Ctr. Sq.,W. Twr.,Ste.3900,Phila., PA
             FIRM TELEPHONE NUMBER: 215-864-9600
             FIRM FAX NUMBER: 215-864-9620

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 12/9/2012                          s/ Joshua J. Voss
                                          ATTORNEY'S SIGNATURE