UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Chevron Corporation

          Plaintiff,

Case No. 11-cv-3718

-against-

Maria Aguinda Salazar, et al.

          Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

          **James J. Rohn**
          FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is __21636 (Pa.)__

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Conrad O'Brien PC
                   FIRM ADDRESS: 1515 Market Street, 16th Floor, Phila., PA 19102
                   FIRM TELEPHONE NUMBER: 215-864-9600
                   FIRM FAX NUMBER: 215-864-9620

NEW FIRM:    FIRM NAME: Conrad O'Brien PC
                   FIRM ADDRESS: 1500 Market St.,Ctr. Sq.,W. Twr.,Ste.3900,Phila., PA
                   FIRM TELEPHONE NUMBER: 215-864-9600
                   FIRM FAX NUMBER: 215-864-9620

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 12/12/2011                         s/ James J. Rohn
                                                ATTORNEY'S SIGNATURE