**MEMO ENDORSED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHEVRON CORPORATION, | CASE NO. 11-CV-3718 (LAK) |
| Plaintiff, | |
| -against- | |
| MARIA AGUINDA SALAZAR, et al., | |
| Defendants, | |
| -and- | |
| STEVEN DONZIGER, et al., | |
| Intervenors. | |



## MOTION TO WITHDRAW AS ATTORNEY

Carlos A. Zelaya, II is no longer affiliated with F. Gerald Maples, P.A., and therefore moves to withdraw his appearance as counsel for Javier Piaguaje Payaguaje and Hugo Gerardo Camacho Naranjo in the above-captioned action.  Messrs. Piaguaje Payaguaje and Camacho Naranjo continue to be represented by Gomez LLC, Smyser, Kaplan &Veselka, and F. Gerald Maples, P.A., and this Notice is being served on the parties through those counsel.  This proceeding is presently stayed.

Dated: December 6, 2011

Respectfully submitted,

Carlos A. Zelaya, II
czelaya@mumphreylaw.com
Mumphrey Law Firm, L.L.C.
330 Oak Harbor Blvd., Ste. "D"
Slidell, LA  70458
Telephone: (985) 649-0709
Facsimile: (985) 649-5706

**SO ORDERED**

LEWIS A. KAPLAN, USDJ

12/15/11