UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION, | Case No. 1:11-Civ. 03718 (LAK) |
| Plaintiff, | |
| -against- | |
| MARIA AGUINDA SALAZAR, et al. | |
| Defendants. | |
| -and- | |
| STEVEN DONZIGER, et al., | |
| Intervenors. | |

**NOTICE OF WITHDRAWAL OF RECUSAL MOTION**

625692.01

Steven Donziger, The Law Offices of Steven R. Donziger, and Donziger & Associates PLLC wish to notify the Court that they are withdrawing the recusal motion filed in this case (docket no. 378). The motion should have been filed in Case No. 1:11-cv-00691-LAK. Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje are not parties to the recusal motion. Also, the motion mistakenly listed the Patton Boggs firm as co-counsel on the motion. Donziger will refile the motion in Case No. Case No. 1:11-cv-00691-LAK, and the revised motion will not list Defendants Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje as parties to the motion or Patton Boggs as co-counsel.

Dated: February 17, 2012                                    Respectfully submitted,

By: _____/s/ Steven A. Hirsch_____
ELLIOT R. PETERS
JOHN W. KEKER (*pro hac vice*)
JAN NIELSEN LITTLE (*pro hac vice*)
STEVEN A. HIRSCH (*pro hac vice*)
633 Battery Street
San Francisco, CA  94111-1809
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188
Email:   epeters@kvn.com
Email:   jkeker@kvn.com
Email:   jlittle@kvn.com

Attorneys for STEVEN DONZIGER, THE LAW OFFICES OF STEVEN R. DONZIGER AND DONZIGER & ASSOCIATES, PLLC

1

625692.01