UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHEVRON CORPORATION,

                Plaintiff,

        -against-                                          11 Civ. 3718 (LAK)

MARIA AGUINDA SALAZAR, et al.,

                Defendants,

        -and-

STEVEN DONZIGER, et al.,

                Intervenors.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The motion [DI 379] to withdraw a motion for recusal [DI 378] is granted.

        In conformity with the mandate of the Court of Appeals [DI 377], plaintiff's claim for injunctive and declaratory relief under the Recognition Act is dismissed in its entirety.

        The Clerk shall terminate all pending motions in this case.

        SO ORDERED.

Dated:     February 21, 2012

                                                        Lewis A. Kaplan
                                                United States District Judge