UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                               :
CHEVRON CORPORATION,                                           :
                                                               :
                    Plaintiff,                                 :
                                                               :   11 Civ. 0691 (LAK)
           v.                                                  :   11 Civ. 3718 (LAK)
                                                               :
STEVEN DONZIGER, et al.,                                       :
                                                               :
                    Defendants.                                :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## [PROPOSED] ORDER TO SHOW CAUSE WHY THIS COURT SHOULD NOT EXONERATE CHEVRON'S $21.8 MILLION BOND

On March 13, 2012, plaintiff Chevron Corporation ("Chevron") submitted to this Court an application by order to show cause why this Court should not exonerate Chevron's $21.8 million bond.

The Court has considered the evidence and arguments presented, and sufficient reason appearing, it is hereby:

ORDERED that Chevron Corporation shall serve counsel for Respondents Steven Donziger and the LAPs (including Patton Boggs), by hand, facsimile, or e-mail, with the Memorandum of Law in Support of its Motion and this Order on or before __:__ p.m. on March __, 2012; and

ORDERED that papers in opposition to the Motion, if any, shall be served and filed electronically on or before 10:00 a.m. on _____, March __, 2012; and

ORDERED that reply papers, if any, shall be served and filed electronically on or before 10:00 a.m. on _____, March __, 2012; and

2

ORDERED that Respondents Steven Donziger and the LAPs and any of their counsel who wish to be heard, including Patton Boggs must show cause before this Court, at the United States District Courthouse, Courtroom 12D, 500 Pearl Street, New York, New York, on _____, March \_\_, 2012 at _____ a.m./p.m., why an order should not be made exonerating Chevron's $21.8 million bond.

**IT IS SO ORDERED.**

Dated: _____

_____
U.S.D.J.