UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---------------------------------- x
:
CHEVRON CORPORATION, :
:
       Plaintiff, :
: 11 Civ. 0691 (LAK)
  v. : 11 Civ. 3718 (LAK)
:
STEVEN DONZIGER, et al., :
:
       Defendants. :
:
---------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/12

### [PROPOSED] ORDER TO SHOW CAUSE WHY THIS COURT SHOULD NOT EXONERATE CHEVRON'S $21.8 MILLION BOND

On March 13, 2012, plaintiff Chevron Corporation ("Chevron") submitted to this Court an application by order to show cause why this Court should not exonerate Chevron's $21.8 million bond.

The Court has considered the evidence and arguments presented, and sufficient reason appearing, it is hereby:

ORDERED that Chevron Corporation shall serve counsel for Respondents Steven Donziger and the LAPs (including Patton Boggs), by hand, facsimile, or e-mail, with the Memorandum of Law in Support of its Motion and this Order on or before __:__ p.m. on March __, 2012; and

ORDERED that papers in opposition to the Motion, if any, shall be served and filed electronically on or before 10:00 a.m. on _____, March __, 2012; and

ORDERED that reply papers, if any, shall be served and filed electronically on or before 10:00 a.m. on _____, March __, 2012; and

Memorandum Endorsement         Chevron Corp. v. Donziger 11 Civ. 0691 (LAK)

Plaintiff has presented the Court with a proposed order to show cause why the preliminary injunction bond posted by Chevron in connection with the preliminary injunction entered in this case should not be exonerated. Its papers, however, do not make the requisite clear and specific showing of good and sufficient reasons why a procedure other than notice of motion is neccessary. *See* S.D.N.Y. Civ. R. 6.1(d). Accordingly, the Court declines to sign the order to show cause.

As the order to show cause and supporting papers already have been filed electronically, the proposed order to show cause is deemed to be a notice of motion. The filing of answering and reply papers shall be governed by the schedule establish by that Rule.

SO ORDERED.

Dated:    March 13, 2012

_____
Lewis A. Kaplan
United States District Judge