UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
:
CHEVRON CORPORATION, :
:
Plaintiff, :
: Case No. 11 Civ. 00691 (LAK)
v. : Case No. 11 Civ. 03718 (LAK)
:
STEVEN DONZIGER, et al., :
:
Defendants. :
:
------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2012, I caused to be served by hand delivery and electronic mail copies of the following documents: (1) Memo Endorsed Order to show cause issued by Judge Kaplan, dated March 13, 2012; (2) Chevron Corporation's Memorandum of Law in Support of its Application by Order to Show Cause Why This Court Should Not Exonerate Chevron's $21.8 Million Bond, dated March 13, 2012; and (3) Declaration of Randy M. Mastro in Support of Chevron Corporation's Motion by Order to Show Cause, dated March 13, 2012, and accompanying exhibits, upon the following counsel of record:

**John W. Keker**
**Elliot Remsen Peters**
**Christopher J. Young**
**Jan Nielsen Little**
**Matthew M. Werdegar**
**Nikki H. Vo**
**Paula Lenore Blizzard**
**William S. Hicks**
Keker & Van Nest, LLP
633 Battery Park
San Francisco, CA 94111

**Stuart Alan Krause**
**Benjamin H. Green**
**Gordon Mehler**
**Jessica R. Torbin**
**Joe L. Silver**
**Martin Beier**
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
Phone: (212) 223-0400
Fax: (212) 753-0396

Phone: (415) 391-5400
Fax: (415) 397-7188
jkeker@kvn.com

Attorneys for Defendants Steven Donziger,
the Law Offices of Steven R. Donziger, and
Donziger & Associates, PLLC

**Craig Smyser**
**Larry R. Veselka**
**Christina A. Bryan**
**Garland D. Murphy, IV**
**Tyler Georfrey Doyle**
Smyser Kaplan & Veselka, LLP
700 Louisiana, Suite 2300
Houston, TX 77002
Phone: (713) 221-2330
Fax: (713) 221-2320
csmyser@skv.com

Attorneys for Defendants Hugo Gerardo
Camacho Naranjo and Javier Piaguaje
Payaguaje

skrause@zeklaw.com

Attorneys for Defendants Stratus Consulting,
Inc., Douglas Beltman, and Ann Maest

On March 13, 2012, I caused to be served by electronic mail copies of the above-referenced documents upon the following counsel of record. On March 13, 2012, I also caused to be served by hand delivery these same documents, but delivery was rejected. Hand delivery service was completed on March 14, 2012:

**Julio Cesar Gomez**
Julio C. Gomez, Attorney At Law LLC
The Sturcke Building
111 Quimby Street
Suite 8
Westfield, NJ 07090
Phone: (908) 490-0360
Fax: (908) 490-0362
jgomez@gomezllc.com

Attorneys for Defendants Hugo Gerardo
Camacho Naranjo and Javier Piaguaje
Payaguaje

On March 13, 2012, courtesy copies of the above-referenced documents were also provided by electronic mail and hand delivery to:

**James E. Tyrrell**
Patton Boggs LLP
1185 Avenue of the Americas
30th Floor
New York, NY 071012
Phone: (646) 557-5100
Fax: (646) 557-5101
jtyrrell@pattonboggs.com

Attorneys for Patton Boggs LLP in
*Patton Boggs LLP v. Chevron Corp.*, No.
2:12-cv-00901-ES-CLW (D.N.J.)

Sripriya Narasimhan