UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHEVRON CORPORATION,                             :
                                                 :
        Plaintiff,                               :
                                                 :
  -against-                                     :
                                                 :
MARIA AGUINDA SALAZAR, et al.                    :   CASE NO. 11-CV-3718 (LAK)
                                                 :   CASE NO. 11-CV-0691 (LAK)
        Defendants.                              :
                                                 :
        -and-                                    :
                                                 :
STEVEN DONZIGER, et al.,                         :
                                                 :
Intervenors.                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS STEVEN DONZIGER, THE LAW OFFICES OF STEVEN R. DONZIGER, AND DONZIGER & ASSOCIATES, PLLC.'S NOTICE OF JOINDER AND JOINDER IN DEFENDANTS HUGO GERARDO CAMACHO NARANJO'S AND JAVIER PIAGUAJE PAYAGUAJE'S OPPOSITION TO PLAINTIFF CHEVRON CORPORATION'S MOTION TO EXONERATE CHEVRON'S $21.8 MILLION BOND**

PLEASE TAKE NOTICE that defendants Steven Donziger, The Law Offices of Steven R. Donziger, and Donziger & Associates, PLLC (collectively, "Donziger") join in Defendants Hugo Gerardo Camacho Naranjo's and Javier Piaguaje Payaguaje's Opposition to Plaintiff Chevron Corporation's Motion to Exonerate Chevron's $21.8 Million Bond (the "Opposition"). As set forth in the Opposition, Chevron's motion is premature, procedurally improper, baseless, and unsupported by law.

For all the reasons set forth in the Opposition, Donziger respectfully requests that this Court deny Chevron's motion to exonerate the bond.

Dated:  March 27, 2012                                Respectfully submitted,

                                                     KEKER & VAN NEST LLP

                                                     /s/ *Jan Nielsen Little*_____
                                                     Jan Nielsen Little (admitted *pro hac vice*)
                                                     John W. Keker (admitted *pro hac vice*)
                                                     Elliot R. Peters
                                                     633 Battery Street
                                                     San Francisco, California  94111-1809
                                                     Telephone:  415.391.5400
                                                     Facsimile: 415.397.7188
                                                     Email:  epeters@kvn.com

                                                     *Counsel for Steven Donziger, The Law Offices Of Steven R. Donziger, and Donziger & Associates, PLLC*