**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEVRON CORPORATION,

        Plaintiff,

v.

MARIA AGUINDA SALAZAR, *et al.*,

        Defendants,

-and-

STEVEN DONZIGER, *et al.*,

        Intervenors.

CASE NO. 11-CV-3718 (LAK)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/12
```

**DEFENDANTS HUGO GERARDO CAMACHO NARANJO'S AND JAVIER PIAGUAJE PAYAGUAJE'S MOTION FOR CLARIFICATION OF THE SCOPE OF THE APRIL 2, 2012 MEMORANDUM OPINION EXONERATING AND DISCHARGING PRELIMINARY INJUNCTION BOND AND TO RESOLVE OUTSTANDING MOTION TO EXONERATE AND DISCHARGE SAME BOND [DI 381]**

Memorandum Endorsement                          Chevron Corp. v. Salazar  11 Civ. 3718 (LAK)

On March 7, 2012, the Court granted Chevron's motion for a preliminary injunction in *Chevron Corp. v. Donziger,* 11 Civ. 0691 (LAK), and conditioned that relief on the posting of a bond in the amount of $21.8 million. Chevron duly posted the bond, which was docketed as docket item 198 in 11 Civ. 0691.

Following the appellate decision on appeals from that injunction, Chevron moved for an order exonerating the bond. Although the caption correctly entitled the case *Chevron Corp. v. Donziger,* it bore both the docket number of the case in which the bond was posted as well as the additional 11 Civ. 3718 (LAK) number. In any case, Chevron's motion was granted "in all respects" and the bond was "exonerated and discharged." 11 Civ. 0691 (LAK), DI 459. Defendants nevertheless move for "clarification" in No. 11 Civ. 3718 (LAK).

The one and only bond ever required or posted in the controversies between any of these parties in this Court before the undersigned was exonerated and discharged on April 2, 2012. There is not the slightest need for clarification of anything. Motion denied.

SO ORDERED.

Dated:    June 20, 2012

_____
Lewis A. Kaplan
United States District Judge