UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>MARIA AGUINDA SALAZAR, et al.,<br><br>Defendants,<br><br>-and-<br><br>STEVEN DONZIGER, et al.,<br><br>Intervenors. | CASE NO. 11-CV-3718 (LAK) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES, F. Gerald Maples and the law office of F. Gerald Maples, PA, ("Maples") and upon suggesting to the Court the following:

1.

Maples has retained the law firm of Orrill, Cordell & Beary, New Orleans, Louisiana, to represent it in an action against Steven Donziger and William Carmody to recover attorney fees and costs incurred as a result of representation by Maples of the Ecuadorian Plaintiffs in the original suit entitled *Maria Aguinda v. Chevron Corporation,* number 002-2003, Provincial Court of Justice of Sucumbios, Ecuador and for representation of Donziger in the instant litigation.

2.

Maples has instituted suit against Donziger and Carmody for breach of contract in the Civil District Court, Parish of Orleans, State of Louisiana, bearing case number 13-0385, Section C-10.

3.

As a result of the dispute between Maples, Donziger and Carmody there exists a conflict of interest for Maples to represent Donziger and Carmody in this litigation and therefore requests to be withdrawn as counsel of record.

Wherefore, it is respectfully requested that F. Gerald Maples and the law firm of F. Gerald Maples, PA be allowed to withdraw as counsel of record herein.

                                         Respectfully submitted,

                                         /s F. Gerald Maples  
                                         F. Gerald Maples  
                                         F. Gerald Maples, P.A.  
                                         365 Canal Street, Suite 1460  
                                         New Orleans, LA  70130  
                                         Telephone:  504-569-8732

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>MARIA AGUINDA SALAZAR, et al.,<br><br>Defendants,<br><br>-and-<br><br>STEVEN DONZIGER, et al.,<br><br>Intervenors. | CASE NO. 11-CV-3718 (LAK) |

## **O R D E R**

Considering the above Motion to Withdraw as Counsel of Record,

IT IS ORDERED that F. Gerald Maples and the law office of F. Gerald Maples, PA be allowed to withdraw as counsel of record in this matter.

**ORDERED AND SIGNED** this _____ day of _____, 2013.

_____
HONORABLE LEWIS A. KAPLAN
United States District Judge