UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>MARIA AGUINDA SALAZAR, et al.,<br><br>Defendants,<br><br>-and-<br><br>STEVEN DONZIGER, et al.,<br><br>Intervenors. | CASE NO. 11-CV-3718 (LAK) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/13

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES, F. Gerald Maples and the law office of F. Gerald Maples, PA, ("Maples") and upon suggesting to the Court the following:

1.

Maples has retained the law firm of Orrill, Cordell & Beary, New Orleans, Louisiana, to represent it in an action against Steven Donziger and William Carmody to recover attorney fees and costs incurred as a result of representation by Maples of the Ecuadorian Plaintiffs in the original suit entitled *Maria Aguinda v. Chevron Corporation*, number 002-2003, Provincial Court of Justice of Sucumbios, Ecuador and for representation of Donziger in the instant litigation.

*Denied as moot. This action is closed.*

SO ORDERED

LEWIS A. KAPLAN (USDJ)

2/14/13